IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02511-PSF-BNB

GAYANNE ISON, and
COLORADO CROSS-DISABILITY COALITION,

Plaintiffs,

v.

MIDWESTERN COLORADO MENTAL HEALTH CENTER,

Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. At the suggestion of the parties, I set the case for an early settlement conference on April 3, 2006. The parties also suggested that settlement efforts may be facilitated by postponing until after the settlement conference the deadline by which the plaintiffs must respond to the following motions:

(1)   *Midwestern Colorado Mental Health Center Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* [Doc. # 16, filed 2/13/06]; and

(2)   *Midwestern Colorado Mental Health Center Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1)* [Doc. # 17, filed 2/13/06].

IT IS ORDERED that the plaintiffs' responses to the two motions to dismiss are due on or before **April 10, 2006**.

Dated February 23, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge