IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02511-PSF-BNB

GAYANNE ISON, and
COLORADO CROSS-DISABILITY COALITION,

Plaintiffs,

v.

MIDWESTERN COLORADO MENTAL HEALTH CENTER,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Plaintiffs' Motion for Protective Order** [Doc. # 24, filed 3/24/06], is DENIED WITHOUT PREJUDICE, in view of the parties' settlement of the case this afternoon.

DATED:  April 3, 2006